# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | ) Case No. 3:19-md-2885 ) ) ) ) |
| | ) Judge M. Casey Rodgers |
| This Document Relates to: | ) Magistrate Judge Gary R. Jones |
| JOSEPH DICKERSON **Admin. Dkt. No.** 7:21-cv-50411-MCR-GRJ | **)** ) |

## NOTICE OF DESIGNATED FORUM

Comes now Plaintiff and files this Notice of Designated Forum. Plaintiff designates the United States District Court for the District of Minnesota.

Respectfully submitted,

s/ Evan D. Buxner
Evan D. Buxner
Missouri Bar No. 41559
**The Gori Law Firm, P.C.**
156 North Main Street
Edwardsville, IL  62025
618-659-9833 Phone
618-659-9834 Fax
evan@gorilaw.com

<u>CERTIFICATE OF SERVICE</u>

In compliance with L.R. 5.1(f), the undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF electronic filing system which will provide electronic notice of same to all counsel of record.

Dated this 12th day of April, 2022.

                                                  THE GORI LAW FIRM, P.C.,

                                                <u>s/ Evan D. Buxner</u>
                                                Evan D. Buxner